Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
IN RE:                                            :
Fosamax Products Liability Litigation    :
------------------------------------------------------x
*This Document Relates to:*              :     1:06-md-1789 (JFK)
Jacqueline E. Baltz and                    :
Louis J. Baltz                                   :
v. Merck & Co., Inc.                         :
                                                        :
Case No: 1:07-cv-9740-JFK              :     **Rule 7.1 Statement**
------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and are not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
       January 2, 2008

                              Respectfully submitted,

                              HUGHES HUBBARD & REED LLP

                              By: /s/
                                 Norman C. Kleinberg
                                 Theodore V. H. Mayer
                                 William J. Beausoleil

                              One Battery Park Plaza
                              New York, New York 10004-1482
                              (212) 837-6000
                              beausole@hugheshubbard.com
                              *Attorneys for Defendant Merck & Co., Inc.*